IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
IN RE                         )
                              )
TORIANO J. AVERY,             )
                              )
    Debtor,                   )
                              )
TORIANO J. AVERY,             )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )     3:11cv486-MHT
WELLS FARGO BANK N.A. d/b/a   )         (WO)
Wells Fargo Home Mortgage,    )
Inc.,                         )
                              )
    Defendant.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Bankruptcy Judge's proposed findings of fact and conclusions of law (Doc. No. 1-2) are adopted.

(2) Judgment is entered in favor of defendant Wells Fargo Bank, N.A., and against plaintiff Toriano

J. Avery, with plaintiff Avery taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Avery, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th of June, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**